19183.01967-GPH

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
By: George P. Helfrich, Jr., Esq.
Attorney I.D. No. GH0604
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎ 973-618-4100    📠 973-618-0685
📧 gphelfrich@mdwcg.com
ATTORNEYS FOR DEFENDANT – Mana International, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
** Electronically Filed **

| | |
|---|---|
| JACQUELINE M. GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAN HUI LAM, an individual; MANA INTERNATIONAL, INC., a business entity; AM USA EXPRESS REPAIR, a business entity; JOHN DOE 1 - X, fictitiously named individuals; and ABC CO. 1 - X, fictitiously named business entities,<br><br>Defendants. | CASE NO. 2:12-cv-04062-SDW-MCA<br><br>***ORDER*** |

THIS MATTER, having been opened to the Court by counsel for the defendant, Mana International, Inc., for a Motion for judgment against the defendant, AM USA EXPRESS, pursuant to Federal Rule of Civil Procedure 55(b)2, and the Court having considered the moving papers and any opposition thereto, and for good cause shown;

IT IS on this 15th day of March, 2014;

ORDERED THAT, the defendant, Mana International, Inc.'s Motion for judgment is hereby granted; and it is further

**ORDERED THAT**, the defendant, Mana International, Inc.'s Motion for default judgment against AM USA EXPRESS is hereby granted; and it is further

**ORDERED THAT** a true copy of the within Order shall be served on all parties within seven (7) days of the date hereof.

MADELINE COX ARLEO, USDJ
UNITED STATES MAGISTRATE JUDGE