ECKERT SEAMANS CHERIN & MELLOTT, LLC
BY:   EDWARD A. GRAY, ESQUIRE
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102-1909
(215) 851-8400
*Attorney for Defendant,*
*American Honda Motor Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE M. GARCIA,<br>*Plaintiff*<br><br>v.<br><br>CAN HUI LAM; MANA INTERNATIONAL, INC.; AM USA EXPRESS REPAIR; YOU QIANG LIN; AMERICAN HONDA MOTOR COMPANY, INC.; HONDA MOTOR COMPANY, LTD; and JOHN DOE I-X; ABC CO. I-X,<br>*Defendants* | Civil No.: 12-CV-04062<br>(SDW) (MCA)<br><br><br><br>**JOINT STIPULATION TO DISMISS** |

### JOINT STIPULATION TO DISMISS DEFENDANT, HONDA MOTOR CO., LTD.

The parties to this action, through their undersigned counsel, hereby stipulate and agree to dismiss without prejudice any and all claims or cross-claims against Defendant, Honda Motor Co., Ltd.

This Stipulation may be executed in counter-parts.

**LOMBARDI & LOMBARDI, P.A.**

*[signature]*

Stephen F. Lombardi, Esquire
*Counsel for Plaintiff,*
*Jacqueline M. Garcia*

**MARSHALL DENNEHY WARNER COLEMAN & GOGGIN, P.C.**

*[signature]*

George P. Helfrich, Jr., Esquire
*Counsel for Defendant, Mana International, Inc.*

LITCHFIELD CAVO, LLP

*/s/*

Tobin A. Butler, Esquire
*Counsel for Defendant,*
*Can Hui Lam*

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/*

Edward A. Gray, Esquire
*Counsel for Defendant,*
*American Honda Motor Co., Inc.*

**SO ORDERED:**

_____, J.